**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 158 MAL 2015
                                                :
               Respondent       :
                                                : Petition for Allowance of Appeal from the
                                                : Order of the Superior Court
               v.                    :
                                                :
                                              :
JEREMIAH BUSH,                     :
                                              :
               Petitioner        :


## ORDER


**PER CURIAM**

     **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.